UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>  v.<br><br>GOLDMAN SACHS (MALAYSIA) SDN. BHD.,<br><br>    *Defendant*. | Case No. 20-cr-00438 (FB)(VMS) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

  Please take notice that the undersigned attorney, DAVID A. MARKOWITZ, who is a member in good standing of the bar of this Court, hereby appears as counsel for defendant Goldman Sachs (Malaysia) Sdn. Bhd.

Dated: October 21, 2020
   New York, New York

                  Respectfully submitted,

                  /s/ *David A. Markowitz*
                  David A. Markowitz
                  GOLDMAN SACHS & CO. LLC
                  200 West Street, 15th Floor
                  New York, New York 10282
                  (212) 855-0747
                  david.markowitz@gs.com

                  *Counsel for Goldman Sachs (Malaysia) Sdn. Bhd.*