AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| USA | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 20-cr-00438 |
| Goldman Sachs Group, Inc. | ) |
| Defendant | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Goldman Sachs Group, Inc.                                                                                                          .

Date:   10/28/2020                                                             /s/Robert Luskin
                                                                                *Attorney's signature*

                                                                    Robert Luskin (DC Bar No. 293621)
                                                                         *Printed name and bar number*
                                                                               Paul Hastings LLP
                                                                            2050 M Street, N.W.
                                                                           Washington, DC 20036

                                                                                    *Address*

                                                                     robertluskin@paulhastings.com
                                                                                 *E-mail address*

                                                                               (202) 551-1966
                                                                              *Telephone number*

                                                                               (202) 551-0466
                                                                                *FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2020, I electronically filed the foregoing document with Clerk of the United States District Court for the Eastern District of New York by using the CM/ECF system.  I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: October 28, 2020

                Respectfully submitted,

                /s/ Robert Luskin
                Robert Luskin

                PAUL HASTINGS LLP
                2050 M Street, N.W.
                Washington, DC 20036
                Telephone: (202) 551-1966
                Facsimile: (202) 551-0496
                robertluskin@paulhastings.com