UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                *Plaintiff*,<br><br>    v.<br><br>GOLDMAN SACHS (MALAYSIA) SDN. BHD.,<br><br>                *Defendant*. | Case No. 20-cr-00438 (FB)(VMS) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please take notice that the undersigned attorney, KATHRYN H. RUEMMLER, who was granted leave to appear as attorney *pro hac vice* as counsel for defendant Goldman Sachs (Malaysia) Sdn Bhd. on June 7, 2021 (ECF No. 16), hereby appears as counsel for defendant Goldman Sachs (Malaysia) Sdn. Bhd.

Dated:  June 8, 2021
          New York, New York

                                              Respectfully submitted,

                                              /s/ *Kathryn H. Ruemmler*
                                              Kathryn H. Ruemmler
                                              GOLDMAN SACHS & CO. LLC
                                              200 West Street, 15th Floor
                                              New York, New York 10282
                                              (212) 902-1000
                                              Kathryn.Ruemmler@ny.email.gs.com

                                              *Counsel for Goldman Sachs (Malaysia) Sdn. Bhd.*